IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

Case No. 2:25-CR-00012-M

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DALE MAURICE WILLIAMS,<br><br>Defendant. | ORDER |

This matter comes before the court on the Defendant's Motion for Compassionate, Temporary Furlough [DE 23]. Defendant was unable to confer with the United States regarding its position before filing the motion. Although not articulated, the court presumes Defendant seeks release under 18 U.S.C. § 3142(i), which provides:

> The judicial officer may . . . permit the temporary release of the person, in the custody of a United States marshal or another appropriate person, to the extent that the judicial officer determines such release to be necessary for preparation of the person's defense or for another compelling reason.

18 U.S.C. § 3142(i). The court finds the reason given for Defendant's request, based on the entire record and the information provided, does not constitute a "compelling" reason and, thus, the motion is DENIED.

SO ORDERED this 22d day of October, 2025.

*Richard E. Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE