IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

Case No. 2:25-CR-00012-M-RJ

UNITED STATES OF AMERICA      )
                              )
v.                            )                    ORDER
                              )
DALE MAURICE WILLIAMS,        )
                              )
        Defendant.            )

This matter comes before the court on a letter filed by Defendant, construed as a pro se motion to appoint new counsel [DE 38]. Defendant requests that the court appoint counsel to replace his attorney, Kimberly Moore. However, on February 25, 2026, this court granted Ms. Moore's motion to withdraw and directed that replacement counsel be appointed. DE 33. On February 26, 2026, Neil Wallace Morrison entered his appearance on behalf of Defendant. DE 34. Accordingly, the motion is DENIED as moot.

SO ORDERED this 4th day of March, 2026.

_Richard E Myers II_
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE